UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EMILY HARVEY,

        Plaintiff,                    Case No. 08-15013

v.                                      Hon. Nancy G. Edmunds

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION [12]**

This matter has come before the Court on the Magistrate Judge's November 5, 2009 Report and Recommendation [12]. Being fully advised in the premises and having reviewed the record and the pleadings, including Defendant's Objections if any, the Court hereby ACCEPTS and ADOPTS the Magistrate Judge's Report and Recommendation. Defendant's motion to dismiss is DENIED.

        SO ORDERED.

                              s/Nancy G. Edmunds
                              Nancy G. Edmunds
                              United States District Judge

Dated: December 17, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 17, 2009, by electronic and/or ordinary mail.

                              s/Carol A. Hemeyer
                              Case Manager