UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Emily Harvey,

    Plaintiff,

v.

Commissioner of Society Security,

    Defendant.
_____/

Case No. 08-15013

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [27]**

    This matter has come before the Court on the Magistrate Judge's March 1, 2011 Report and Recommendation. (Dkt. 27.) The Court is fully advised in the premises and has reviewed the record and pleadings. Neither party has filed objections. The Court therefore ACCEPTS and ADOPTS the Magistrate Judge's Report and Recommendation. Plaintiff's motion for summary judgment is GRANTED IN PART, Defendant's motion for summary judgment is DENIED, and the decision of the Commissioner is REVERSED. Pursuant to sentence four of 42 U.S.C. § 405(g), this matter is hereby REMANDED to the Commissioner of Social Security for further review and investigation consistent with the Report and Recommendation.

    SO ORDERED.

        s/Nancy G. Edmunds
        Nancy G. Edmunds
        United States District Judge

Dated: March 24, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 24, 2011, by electronic and/or ordinary mail.

        s/Carol A. Hemeyer
        Case Manager